## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Yasmine Acosta−Aguayo, et al.
                                  Plaintiff,

v.                                                 Case No.: 1:22−cv−00177
                                                          Honorable Mary M. Rowland

Walgreens Co.
                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 19, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' stipulation [132]. The Court dismisses the case with prejudice. Each side to bear their own attorneys' fees and costs. The Court strikes all pending deadlines. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.